AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

AUG 31 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Edwin Yobany Arredondo

**CRIMINAL COMPLAINT**

Case Number: M-19-2089-M

IAE    YOB: 1979
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 30, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Edwin Yobany Arredondo was encountered by Border Patrol Agents near Abram, Texas on August 30, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on August 30, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on February 8, 2013 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 22, 2008, the defendant was convicted of Forge Official and was sentenced to three (3) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on August 31, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on: @ 3:48 pm

/S/ Annjeri Skarboszewski
**Signature of Complainant**

August 31, 2019

Annjeri Skarboszewski    Border Patrol Agent

J. Scott Hacker             , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer